UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIJON TOWNSEND,

        Plaintiff,           Case Number 23-11188
v.                                          Honorable David M. Lawson
                                             Magistrate Judge Kimberly G. Altman

THE GUIDANCE CENTER and BELICIA B.
ROMERO,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DENYING PLAINTIFF'S MOTION TO STRIKE

Presently before the Court is the report issued on July 11, 2023 by Magistrate Judge Kimberly G. Altman pursuant to 28 U.S.C. § 636(b) recommending that the Court deny the plaintiff's motion to strike all of the defendants' affirmative defenses and deny his request for attorney fees. The deadline for filing objections to the report has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 15) is **ADOPTED**. The plaintiff's motion to strike the defendants' affirmative defenses (ECF No. 12) is **DENIED**, and the plaintiff's request for attorney fees is **DENIED**.

It is further **ORDERED** that the referral of the case to the assigned magistrate judge for all

- 2 -

pretrial proceedings is **CONTINUED**.

                                                s/David M. Lawson  
                                                DAVID M. LAWSON  
                                                United States District Judge

Dated: August 28, 2023